Chambers of
James C. Mahan
United States District Judge



Lloyd D. George U.S. Courthouse
333 Las Vegas Boulevard South - Suite 6085
Las Vegas, Nevada 89101
Telephone: (702) 464-5520

July 15, 2009

Honorable Bobby R. Baldock, Chair
Judicial Conference of the United States Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re:        **Calendar Year 2008 Financial Disclosure Report Filing**

Dear Judge Baldock:

I received your letter dated July 1, 2009, regarding my 2008 financial disclosure report filing.

The following information is provided pursuant to the committee's request:

**Financial Disclosure Report for Year 2008, Part VII:**

Page 12, line 146 of the 2007 reporting year:   During the year 2008, this asset was not sold.  The value code is L, value method code of T.

Page 26, line 387 of the 2007 reporting year:   Fleming Companies has not been sold and the company has filed bankruptcy.  The value code is J, value method code of T.

Page 27, line 400 of the 2007 reporting year:  During the year 2008, this asset was not sold.  The value code is K, value method code of T.

Page 34, line 523 of the 2007 reporting year: Cronos IEA Income Fund XII LLP is no longer reportable and should be amended with the designation "Y."

RECEIVED 2009 JUL 23 A 10: 38 FINANCIAL DISCLOSURE OFFICE

**Mahan_James_C**

Please let me know if additional information is necessary.



United States District Judge

JCM:srb

| AO 10<br>Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2008** | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>MAHAN, James C. | 2. Court or Organization<br><br>U.S.District Court, Nevada | 3. Date of Report<br><br>05/10/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,　　Date<br>☐ Initial　☑ Annual　☐ Final<br><br>5b. ☐　Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>333 Las Vegas Boulevard South<br>Suite 6085<br>Las Vegas, Nevada 89101 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑　NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED
2009 MAY 15 A 11: 24
FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑　NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C. | 05/10/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C. | 05/10/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | None | P1 | T | | Buy/Sell Pt. | 12/31 | P1 | | |
| 2. -- ABB Ltd Spons ADR F | | | | | Buy | 4/18 | K | | |
| 3. -- ABB Ltd.-Spons ADR F | | | | | Sold | 4/25 | K | B | |
| 4. -- ABB Ltd Spons ADR | | | | | Buy | 4/18 | J | | |
| 5. -- ABB Ltd Spons ADR | | | | | Sold | 4/25 | J | A | |
| 6. -- Agrium Inc | | | | | Buy | 3/26 | K | | |
| 7. -- Agrium Inc | | | | | Sold | 4/07 | K | B | |
| 8. -- Agrium Inc | | | | | Buy | 3/26 | K | | |
| 9. -- Agrium Inc | | | | | Sold | 4/07 | K | B | |
| 10. -- Agrium Inc | | | | | Buy | 3/26 | J | | |
| 11. -- Agrium Inc | | | | | Sold | 4/07 | J | A | |
| 12. -- Agrium Inc | | | | | Buy | 3/26 | J | | |
| 13. -- Agrium Inc | | | | | Sold | 4/07 | J | A | |
| 14. -- CPFL Energia SA ADR | | | | | Buy | 12/07 | K | | |
| 15. -- CPFL Energia SA ADR | | | | | Sold | 2/26 | K | A | |
| 16. -- CPFL Energia SA ADR | | | | | Buy | 12/07 | K | | |
| 17. -- CPFL Energia SA ADR | | | | | Sold | 2/26 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C=$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C. | 05/10/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -- CPFL Energia SA ADR | | | | | Bought | 12/07 | K | | |
| 19.  -- CPFL Energia SA ADR | | | | | Sold | 2/26 | K | A | |
| 20.  -- CPFL Energia SA ADR | | | | | Bought | 12/07 | J | | |
| 21.  -- CPFL Energia SA ADR | | | | | Sold | 2/26 | J | A | |
| 22.  -- Chicago Bridge & Iron NY | | | | | Buy | 11/25 | J | | |
| 23.  -- Chicago Bridge & Iron NY | | | | | Sold | 11/26 | J | B | |
| 24.  -- Chicago Bridge & Iron NY | | | | | Buy | 11/25 | J | | |
| 25.  -- Chicago Bridge & Iron NY | | | | | Sold | 11/26 | J | A | |
| 26.  -- Diana Shipping Inc | | | | | Buy | 11/05 | K | | |
| 27.  -- Diana Shipping Inc | | | | | Sold | 11/19 | J | | |
| 28.  -- Diana Shipping Inc | | | | | Buy | 11/05 | K | | |
| 29.  -- Diana Shipping Inc | | | | | Sold | 11/19 | J | | |
| 30.  -- Excel Maritime F | | | | | Buy | 4/18 | K | | |
| 31.  -- Excel Maritime F | | | | | Sold | 4/21 | K | A | |
| 32.  -- Excel Maritime F | | | | | Buy | 4/18 | J | | |
| 33.  -- Excel Maritime F | | | | | Sold | 4/21 | J | A | |
| 34.  -- Excel Maritime F | | | | | Buy | 4/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C. | 05/10/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- Excel Maritime F | | | | | Sold | 4/21 | J | A | |
| 36. -- FMC Technologies Inc | | | | | Buy | 2/29 | J | | |
| 37. -- FMC Technologies Inc | | | | | Sold | 3/05 | J | A | |
| 38. -- FMC Technologies Inc | | | | | Buy | 2/29 | J | | |
| 39. -- FMC Technologies Inc | | | | | Sold | 3/05 | J | A | |
| 40. -- FMC Technologies Inc | | | | | Buy | 2/29 | K | | |
| 41. -- FMC Technologies Inc | | | | | Sold | 3/05 | K | A | |
| 42. -- FMC Technologies Inc | | | | | Buy | 2/29 | J | | |
| 43. -- FMC Technologies Inc | | | | | Sold | 3/05 | J | A | |
| 44. -- Foundation Coal Hldg Inc | | | | | Buy | 4/08 | J | | |
| 45. -- Foundation Coal Hldg Inc | | | | | Sold | 4/16 | J | A | |
| 46. -- Foundation Coal Hldg Inc | | | | | Buy | 4/08 | K | | |
| 47. -- Foundation Coal Hldg Inc | | | | | Sold | 4/16 | K | A | |
| 48. -- Foundation Coal Hldg Inc | | | | | Buy | 4/08 | K | | |
| 49. -- Foundation Coal Hldg Inc | | | | | Sold | 4/16 | K | A | |
| 50. -- Foundation Coal Hldg Inc | | | | | Buy | 4/08 | J | | |
| 51. -- Foundation Coal Hldg Inc | | | | | Sold | 4/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C.  - | 05/10/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | -- Foundation Coal Hldg Inc | | | | | Buy | 4/08 | J | | |
| 53. | -- Foundation Coal Hldg Inc | | | | | Sold | 4/16 | J | A | |
| 54. | -- Foundation Coal Hldg Inc | | | | | Buy | 4/08 | J | | |
| 55. | -- Foundation Coal Hldg Inc | | | | | Sold | 4/16 | J | A | |
| 56. | -- GMX Resources Inc | | | | | Buy | 6/06 | K | | |
| 57. | -- GMX Resources Inc | | | | | Sold | 6/13 | K | A | |
| 58. | -- GMX Resources Inc | | | | | Buy | 6/06 | J | | |
| 59. | -- GMX Resources Inc | | | | | Sold | 6/13 | J | A | |
| 60. | -- Genco Shipping & Trading | | | | | Buy | 12/16 | K | | |
| 61. | -- Genco Shipping & Trading | | | | | Sold | 12/17 | K | C | |
| 62. | -- Genco Shipping & Trading | | | | | Buy | 12/30 | K | | |
| 63. | -- Genco Shipping & Trading | | | | | Sold | 12/31 | K | C | |
| 64. | -- Genco Shipping & Trading | | | | | Buy | 12/30 | J | | |
| 65. | -- Genco Shipping & Trading | | | | | Sold | 12/31 | J | A | |
| 66. | -- Genco Shipping & Trading | | | | | Buy | 12/30 | J | | |
| 67. | -- Genco Shipping & Trading | | | | | Sold | 12/31 | J | B | |
| 68. | -- Genco Shipping & Trading | | | | | Buy | 12/30 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C. | 05/10/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  -- Genco Shipping & Trading | | | | | Sold | 12/31 | J | A | |
| 70.  -- Genco Shipping & Trading | | | | | Buy | 12/30 | J | | |
| 71.  -- Genco Shipping & Trading | | | | | Sold | 12/31 | J | A | |
| 72.  -- Genco Shipping & Trading | | | | | Buy | 12/30 | J | | |
| 73.  -- Genco Shipping & Trading | | | | | Sold | 12/31 | J | A | |
| 74.  -- Genco Shipping & Trading | | | | | Buy | 12/30 | J | | |
| 75.  -- Genco Shipping & Trading | | | | | Sold | 12/31 | J | A | |
| 76.  -- Genco Shipping & Trading | | | | | Buy | 12/30 | J | | |
| 77.  -- Genco Shipping & Trading | | | | | Sold | 12/31 | J | A | |
| 78.  -- Goodrich Pete Corp | | | | | Buy | 12/19 | J | | |
| 79.  -- Goodrich Pete Corp | | | | | Sold | 5/30 | J | A | |
| 80.  -- Goodrich Pete Corp | | | | | Buy | 12/19 | J | | |
| 81.  -- Goodrich Pete Corp | | | | | Sold | 5/30 | J | A | |
| 82.  -- Goodrich Pete Corp | | | | | Buy | 12/19 | J | | |
| 83.  -- Goodrich Pete Corp | | | | | Sold | 5/30 | J | A | |
| 84.  -- Goodrich Pete Corp | | | | | Buy | 12/19 | J | | |
| 85.  -- Goodrich Pete Corp | | | | | Sold | 5/30 | J | A | |

1. Income Gain Codes:         A =$1,000 or less         B =$1,001 - $2,500         C =$2,501 - $5,000         D =$5,001 - $15,000         E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes                J =$15,000 or less        K =$15,001 - $50,000        L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                              P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes         Q =Appraisal              R =Cost (Real Estate Only)    S =Assessment                T =Cash Market
   (See Column C2)            U =Book Value             V =Other                     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C. | 05/10/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- Goodrich Pete Corp | | | | | Buy | 12/19 | J | | |
| 87. -- Goodrich Pete Corp | | | | | Sold | 5/30 | J | A | |
| 88. -- Helix Energy Solutions | | | | | Buy | 4/25 | K | | |
| 89. -- Helix Energy Solutions | | | | | Sold | 5/13 | K | A | |
| 90. -- Helix Energy Solutions | | | | | Buy | 4/25 | J | | |
| 91. -- Helix Energy Solutions | | | | | Sold | 5/13 | J | A | |
| 92. -- Icici Bank Ltd Spon | | | | | Buy | 4/25 | K | | |
| 93. -- Icici Bank Ltd Spon | | | | | Sold | 12/12 | J | | |
| 94. -- Icici Bank Ltd Spon | | | | | Buy | 4/25 | J | | |
| 95. -- Icici Bank Ltd Spon | | | | | Sold | 12/12 | J | | |
| 96. -- Ivanhoe Mines Ltd | | | | | Buy | 7/13 | K | | |
| 97. -- Ivanhoe Mines Ltd | | | | | Sold | 10/02 | J | | |
| 98. -- Ivanhoe Mines Ltd | | | | | Buy | 7/13 | J | | |
| 99. -- Ivanhoe Mines Ltd | | | | | Sold | 10/02 | J | | |
| 100. -- Ivanhoe Mines Ltd | | | | | Buy | 7/13 | J | | |
| 101. -- Ivanhoe Mines Ltd | | | | | Sold | 10/02 | J | | |
| 102. -- Ivanhoe Mines Ltd | | | | | Buy | 7/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C. | 05/10/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- Ivanhoe Mines Ltd | | | | | Sold | 10/02 | J | | |
| 104. -- Las Vegas Sands Corp | | | | | Buy | 8/25 | K | | |
| 105. -- Las Vegas Sands Corp | | | | | Sold | 8/28 | K | B | |
| 106. -- Las Vegas Sands Corp | | | | | Buy | 8/25 | J | | |
| 107. -- Las Vegas Sands Corp | | | | | Sold | 8/28 | J | A | |
| 108. -- Las Vegas Sands Corp | | | | | Buy | 8/25 | J | | |
| 109. -- Las Vegas Sands Corp | | | | | Sold | 8/28 | J | A | |
| 110. -- Las Vegas Sands Corp | | | | | Buy | 10/10 | J | | |
| 111. -- Las Vegas Sands Corp | | | | | Sold | 10/13 | J | A | |
| 112. -- Las Vegas Sands Corp | | | | | Buy | 10/10 | J | | |
| 113. -- Las Vegas Sands Corp | | | | | Sold | 10/13 | J | A | |
| 114. -- Las Vegas Sands Corp | | | | | Buy | 10/10 | J | | |
| 115. -- Las Vegas Sands Corp | | | | | Sold | 10/13 | J | A | |
| 116. -- Las Vegas Sands Corp | | | | | Buy | 10/10 | J | | |
| 117. -- Las Vegas Sands Corp | | | | | Sold | 10/13 | J | A | |
| 118. -- Las Vegas Sands Corp | | | | | Buy | 10/10 | J | | |
| 119. -- Las Vegas Sands Corp | | | | | Sold | 10/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C. | 05/10/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -- McMoran Expl Co | | | | | Buy | 4/22 | J | | |
| 121. -- McMoran Expl Co | | | | | Sold | 4/25 | J | A | |
| 122. -- McMoran Expl Co | | | | | Buy | 4/22 | J | | |
| 123. -- McMoran Expl Co | | | | | Sold | 4/25 | J | A | |
| 124. -- McMoran Expl Co | | | | | Buy | 4/22 | J | | |
| 125. -- McMoran Expl Co | | | | | Sold | 4/25 | J | A | |
| 126. -- McMoran Expl Co | | | | | Buy | 4/22 | J | | |
| 127. -- McMoran Expl Co | | | | | Sold | 4/25 | J | A | |
| 128. -- McMoran Expl Co | | | | | Buy | 4/22 | J | | |
| 129. -- McMoran Expl Co | | | | | Sold | 4/25 | J | A | |
| 130. -- McMoran Expl Co | | | | | Buy | 4/22 | J | | |
| 131. -- McMoran Expl Co | | | | | Sold | 4/25 | J | A | |
| 132. -- McMoran Expl Co | | | | | Buy | 4/22 | J | | |
| 133. -- McMoran Expl Co | | | | | Sold | 4/25 | J | A | |
| 134. -- Motorola Inc | | | | | Buy | 11/22 | K | | |
| 135. -- Motorola Inc | | | | | Sold | 10/02 | J | | |
| 136. -- Motorola Inc | | | | | Buy | 11/22 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C. | 05/10/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -- Motorola Inc | | | | | Sold | 10/02 | J | | |
| 138. -- Mylan Inc | | | | | Buy | 10/29 | K | | |
| 139. -- Mylan Inc | | | | | Sold | 10/02 | J | | |
| 140. -- Par Pharmaceutical Cos | | | | | Buy | 4/07 | K | | |
| 141. -- Par Pharmaceutical Cos | | | | | Sold | 10/02 | J | | |
| 142. -- Par Pharmaceutical Cos | | | | | Buy | 4/07 | J | | |
| 143. -- Par Pharmaceutical Cos | | | | | Sold | 10/02 | J | | |
| 144. -- Petroquest Energy Inc | | | | | Buy | 6/16 | K | | |
| 145. -- Petroquest Energy Inc | | | | | Sold | 6/17 | K | A | |
| 146. -- Petroquest Energy Inc | | | | | Buy | 6/16 | K | | |
| 147. -- Petroquest Energy Inc | | | | | Sold | 6/17 | K | A | |
| 148. -- Petroquest Energy Inc | | | | | Buy | 6/16 | J | | |
| 149. -- Petroquest Energy Inc | | | | | Sold | 6/17 | J | A | |
| 150. -- Petroquest Energy Inc | | | | | Buy | 6/16 | J | | |
| 151. -- Petroquest Energy Inc | | | | | Sold | 6/17 | J | A | |
| 152. -- Reliance Stl & Alum | | | | | Buy | 3/05 | K | | |
| 153. -- Reliance Stl & Alum | | | | | Sold | 3/26 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. -- Reliance Stl & Alum | | | | | Buy | 3/05 | J | | |
| 155. -- Reliance Stl & Alum | | | | | Sold | 3/26 | J | A | |
| 156. -- Reliance Stl & Alum | | | | | Buy | 3/05 | K | | |
| 157. -- Reliance Stl & Alum | | | | | Sold | 3/26 | K | A | |
| 158. -- Reliance Stl & Alum | | | | | Buy | 3/05 | J | | |
| 159. -- Reliance Stl & Alum | | | | | Sold | 3/26 | J | A | -- -- |
| 160. -- Robert Half Intl Inc | | | | | Buy | 1/24 | K | | |
| 161. -- Robert Half Intl Inc | | | | | Sold | 8/25 | K | | |
| 162. -- Robert Half Intl Inc | | | | | Buy | 1/24 | J | | |
| 163. -- Robert Half Intl Inc | | | | | Sold | 8/25 | J | | |
| 164. -- Sadia SA Adr | | | | | Buy | 5/16 | J | | |
| 165. -- Sadia SA Adr | | | | | Sold | 5/28 | J | A | |
| 166. -- Sadia SA Adr | | | | | Buy | 5/16 | J | | |
| 167. -- Sadia SA Adr | | | | | Sold | 5/28 | J | A | |
| 168. -- Sadia SA Adr | | | | | Buy | 5/16 | J | | |
| 169. -- Sadia SA Adr | | | | | Sold | 5/28 | J | A | |
| 170. -- Sadia SA Adr | | | | | Buy | 5/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C. | 05/10/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -- Sadia SA Adr | | | | | Sold | 5/28 | J | A | |
| 172. -- Sadia SA Adr | | | | | Buy | 5/16 | J | | |
| 173. -- Sadia SA Adr | | | | | Sold | 5/28 | J | A | |
| 174. -- Sadia SA Adr | | | | | Buy | 5/16 | J | | |
| 175. -- Sadia SA Adr | | | | | Sold | 5/28 | J | A | |
| 176. -- Southern Copper Corp | | | | | Buy | 11/28 | J | | |
| 177. -- Southern Copper Corp | | | | | Sold | 12/16 | J | A | |
| 178. -- Southern Copper Corp | | | | | Buy | 11/28 | J | | |
| 179. -- Southern Copper Corp | | | | | Sold | 12/16 | J | A | |
| 180. -- Steel Dynamics | | | | | Buy | 5/30 | K | | |
| 181. -- Steel Dynamics | | | | | Sold | 6/05 | K | B | |
| 182. -- Telefonos De Mex Adr Rep | | | | | Buy | 5/23 | K | | |
| 183. -- Telefonos De Mex Adr Rep | | | | | Sold | 7/02 | K | A | |
| 184. -- Telefonos De Mex Adr Rep | | | | | Buy | 5/23 | J | | |
| 185. -- Telefonos De Mex Adr Rep | | | | | Sold | 7/02 | J | A | |
| 186. -- Telmex Internacional | | | | | Buy | 5/23 | J | | |
| 187. -- Telmex Internacional | | | | | Sold | 10/02 | J | | |

1. Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
   (See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C.    - | 05/10/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) <br><br> Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -- Telmex Internacional | | | | | Buy | 5/23 | J | | |
| 189. -- Telmex Internacional | | | | | Sold | 10/02 | J | | |
| 190. -- Telmex Internacional | | | | | Buy | 5/23 | J | | |
| 191. -- Telmex Internacional | | | | | Sold | 10/02 | J | | |
| 192. -- Wilbros Group Inc | | | | | Buy | 11/01 | J | | |
| 193. -- Wilbros Group Inc | | | | | Sold | 6/02 | J | A | |
| 194. -- Wilbros Group Inc | | | | | Buy | 11/01 | K | | |
| 195. -- Wilbros Group Inc | | | | | Sold | 6/02 | K | B | |
| 196. -- Wilbros Group Inc | | | | | Buy | 11/01 | J | | |
| 197. -- Wilbros Group Inc | | | | | Sold | 6/02 | J | A | |
| 198. -- World Fuel Serv Corp | | . | | | Buy | 12/19 | K | | |
| 199. -- World Fuel Serv Corp | | | | | Sold | 12/30 | K | A | |
| 200. -- World Fuel Serv Corp | | | | | Buy | 12/19 | J | | |
| 201. -- World Fuel Serv Corp | | | | | Sold | 12/30 | J | A | |
| 202. ▇▇▇TENANCY ACCT -- | None | P1 | T | | Buy | 12/31 | P1 | | |
| 203. -- AK Steel Holdings Corp | | | | | Buy | 2/22 | K | | |
| 204. -- AK Steel Holdings Corp | | | | | Sold | 2/25 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C. | 05/10/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. -- AK Steel Holdings Corp | | | | | Buy | 2/22 | K | | |
| 206. -- AK Steel Holdings Corp | | | | | Sold | 2/25 | K | A | |
| 207. -- AK Steel Holdings Corp | | | | | Buy | 2/22 | J | | |
| 208. -- AK Steel Holdings Corp | | | | | Sold | 2/25 | J | A | |
| 209. -- ATP Oil & Gas Corp | | | | | Buy | 5/16 | L | | |
| 210. -- ATP Oil & Gas Corp | | | | | Sold | 5/21 | L | B | |
| 211. -- ATP Oil & Gas Corp | | | | | Buy | 5/16 | J | | |
| 212. -- ATP Oil & Gas Corp | | | | | Sold | 5/21 | J | A | |
| 213. -- ATP Oil & Gas Corp | | | | | Buy | 5/30 | K | | |
| 214. -- ATP Oil & Gas Corp | | | | | Sold | 6/06 | K | B | |
| 215. -- ATP Oil & Gas Corp | | | | | Buy | 5/30 | J | | |
| 216. -- ATP Oil & Gas Corp | | | | | Sold | 6/06 | J | A | |
| 217. -- ATP Oil & Gas Corp | | | | | Buy | 5/30 | J | | |
| 218. -- ATP Oil & Gas Corp | | | | | Sold | 6/06 | J | A | |
| 219. -- ATP Oil & Gas Corp | | | | | Buy | 5/30 | J | | |
| 220. -- ATP Oil & Gas Corp | | | | | Sold | 6/06 | J | A | |
| 221. -- Banco Itau Holding Finan | | | | | Buy | 2/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| MAHAN, James C. | 05/10/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -- Banco Itau Holding Finan | | | | | Sold | 2/26 | K | B | |
| 223. -- Barnes Group Inc | | | | | Buy | 5/02 | K | | |
| 224. -- Barnes Group Inc | | | | | Sold | 5/14 | K | A | |
| 225. -- Barnes Group Inc | | | | | Buy | 5/02 | J | | |
| 226. -- Barnes Group Inc | | | | | Sold | 5/14 | J | A | |
| 227. -- Cameo Corp | | | | | Buy | 2/13 | K | | |
| 228. -- Cameo Corp | | | | | Sold | 2/20 | K | A | |
| 229. -- Companhia Siderurgica | | | | | Buy | 2/19 | J | | |
| 230. -- Companhia Siderurgica | | | | | Sold | 2/21 | J | A | |
| 231. -- Companhia Siderurgica | | | | | Buy | 2/19 | K | | |
| 232. -- Companhia Siderurgica | | | | | Sold | 2/21 | K | B | |
| 233. -- Companhia Siderurgica | | | | | Buy | 2/19 | J | | |
| 234. -- Companhia Siderurgica | | | | | Sold | 2/21 | J | A | |
| 235. -- Companhia Siderurgica | | | | | Buy | 2/25 | K | | |
| 236. -- Companhia Siderurgica | | | | | Sold | 3/18 | K | A | |
| 237. -- Companhia Siderurgica | | | | | Buy | 2/25 | K | | |
| 238. -- Companhia Siderurgica | | | | | Sold | 3/18 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Esti | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C. | 05/10/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month –<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. -- Companhia Vale Do Rio | | | | | Buy | 11/09 | L | | |
| 240. -- Companhia Vale Do Rio | | | | | Sold | 2/28 | L | B | |
| 241. -- Cypress Semiconductor | | | | | Buy | 8/22 | J | | |
| 242. -- Cypress Semiconductor | | | | | Sold | 10/2 | J | | |
| 243. -- Diana Shipping Inc | | | | | Buy | 5/20 | J | | |
| 244. -- Diana Shipping Inc | | | | | Sold | 11/19 | J | | |
| 245. -- Diana Shipping Inc | | | | | Buy | 5/20 | J | | |
| 246. -- Diana Shipping Inc | | | | | Sold | 11/19 | J | | |
| 247. -- Diana Shipping Inc | | | | | Buy | 5/20 | J | | |
| 248. -- Diana Shipping Inc | | | | | Sold | 11/19 | J | | |
| 249. -- Diana Shipping Inc | | | | | Buy | 5/20 | J | | |
| 250. -- Diana Shipping Inc | | | | | Sold | 11/19 | J | | |
| 251. -- Diana Shipping Inc | | | | | Buy | 5/20 | J | | |
| 252. -- Diana Shipping Inc | | | | | Sold | 11/19 | J | | |
| 253. -- Encore Acquisition Co | | | | | Buy | 4/18 | K | | |
| 254. -- Encore Acquisition Co | | | | | Sold | 5/07 | K | B | |
| 255. -- Encore Acquisition Co | | | | | Buy | 4/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. -- Encore Acquisition Co | | | | | Sold | 5/07 | J | A | |
| 257. -- Encore Acquisition Co | | | | | Buy | 4/18 | J | | |
| 258. -- Encore Acquisition Co | | | | | Sold | 5/07 | J | A | |
| 259. -- Excel Maritime | | | | | Buy | 4/25 | K | | |
| 260. -- Excel Maritime | | | | | Sold | 4/25 | K | B | |
| 261. -- Excel Maritime | | | | | Buy | 4/25 | K | | |
| 262. -- Excel Maritime | | | | | Sold | 4/25 | K | B | |
| 263. -- Excel Maritime | | | | | Buy | 12/15 | K | | |
| 264. -- Excel Maritime | | | | | Sold | 12/16 | K | B | |
| 265. -- Excel Maritime | | | | | Buy | 12/15 | J | | |
| 266. -- Excel Maritime | | | | | Sold | 12/16 | J | A | |
| 267. -- Genco Shipping & Trading | | | | | Buy | 12/19 | K | | |
| 268. -- Genco Shipping & Trading | | | | | Sold | 12/31 | K | A | |
| 269. -- Gerdau SA | | | | | Buy | 3/03 | K | | |
| 270. -- Gerdau SA | | | | | Sold | 4/07 | K | B | |
| 271. -- Gerdau SA | | | | | Buy | 3/03 | K | | |
| 272. -- Gerdau SA | | | | | Sold | 4/07 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C. | 05/10/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. -- Gerdau SA | | | | | Buy | 3/03 | J | | |
| 274. -- Gerdau SA | | | | | Sold | 4/07 | J | A | |
| 275. -- Gerdau SA | | | | | Buy | 4/18 | K | | |
| 276. -- Gerdau SA | | | | | Sold | 4/30 | K | A | |
| 277. -- Gerdau SA | | | | | Buy | 4/18 | J | | |
| 278. -- Gerdau SA | | | | | Sold | 4/30 | J | A | |
| 279. -- Gerdau SA | | | | | Buy | 4/18 | J | | |
| 280. -- Gerdau SA | | | | | Sold | 4/30 | J | A | |
| 281. -- Gerdau SA | | | | | Buy | 5/07 | K | | |
| 282. -- Gerdau SA | | | | | Sold | 5/09 | K | B | |
| 283. -- Gerdau SA | | | | | Buy | 5/07 | J | | |
| 284. -- Gerdau SA | | | | | Sold | 5/09 | J | A | |
| 285. -- Gerdau Ameristeel | | | | | Buy | 5/21 | J | | |
| 286. -- Gerdau Ameristeel | | | | | Sold | 6/19 | J | A | |
| 287. -- Gerdau Ameristeel | | | | | Buy | 5/21 | K | | |
| 288. -- Gerdau Ameristeel | | | | | Sold | 6/19 | K | A | |
| 289. -- Gerdau Ameristeel | | | | | Buy | 5/21 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C. | 05/10/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. -- Gerdau Ameristeel | | | | | Sold | 6/19 | J | A | |
| 291. -- Graftech International | | | | | Buy | 10/12 | J | | |
| 292. -- Graftech International | | | | | Sold | 4/25 | J | A | |
| 293. -- Graftech International | | | | | Buy | 10/12 | J | | |
| 294. -- Graftech International | | | | | Sold | 4/25 | J | A | |
| 295. -- Graftech International | | | | | Buy | 10/12 | J | | |
| 296. -- Graftech International | | | | | Sold | 4/25 | J | A | |
| 297. -- Graftech International | | | | | Buy | 10/12 | J | | |
| 298. -- Graftech International | | | | | Sold | 4/25 | J | A | |
| 299. -- Graftech International | | | | | Buy | 10/12 | J | | |
| 300. -- Graftech International | | | | | Sold | 4/25 | J | A | |
| 301. -- Graftech International | | | | | Buy | 10/12 | J | | |
| 302. -- Graftech International | | | | | Sold | 4/25 | J | A | |
| 303. -- Graftech International | | | | | Buy | 10/12 | J | | |
| 304. -- Graftech International | | | | | Sold | 4/25 | J | A | |
| 305. -- Graftech International | | | | | Buy | 10/12 | J | | |
| 306. -- Graftech International | | | | | Sold | 4/25 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C. | 05/10/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 307. -- Graftech International | | | | | Buy | 5/21 | K | | |
| 308. -- Graftech International | | | | | Sold | 5/28 | K | A | |
| 309. -- Graftech International | | | | | Buy | 5/21 | J | | |
| 310. -- Graftech International | | | | | Sold | 5/28 | J | A | |
| 311. -- Graftech International | | | | | Buy | 5/21 | J | | |
| 312. -- Graftech International | | | | | Sold | 5/28 | J | A | |
| 313. -- Helix Energy Solutions | | | | | Buy | 3/28 | K | | |
| 314. -- Helix Energy Solutions | | | | | Sold | 4/03 | K | B | |
| 315. -- Honeywell International | | | | | Buy | 7/17 | L | | |
| 316. -- Honeywell International | | | | | Sold | 5/14 | L | A | |
| 317. -- Hornbeck Offshore Servc | | | | | Buy | 4/18 | J | | |
| 318. -- Hornbeck Offshore Servc | | | | | Sold | 5/16 | J | A | |
| 319. -- Hornbeck Offshore Servc | | | | | Buy | 4/18 | K | | |
| 320. -- Hornbeck Offshore Servc | | | | | Sold | 5/16 | K | A | |
| 321. -- Hornbeck Offshore Servc | | | | | Buy | 4/18 | J | | |
| 322. -- Hornbeck Offshore Servc | | | | | Sold | 5/16 | J | A | |
| 323. -- Hornbeck Offshore Servc | | | | | Buy | 4/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C. | 05/10/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324.  -- Hornbeck Offshore Servc | | | | | Sold | 5/16 | J | A | |
| 325.  -- Huaneng Pwr Intl Inc ADR | | | | | Buy | 4/03 | J | | |
| 326.  -- Huaneng Pwr Intl Inc ADR | | | | | Sold | 5/02 | J | A | |
| 327.  -- Huaneng Pwr Intl Inc ADR | | | | | Buy | 4/03 | J | | |
| 328.  -- Huaneng Pwr Intl Inc ADR | | | | | Sold | 5/02 | J | A | |
| 329.  -- Huaneng Pwr Intl Inc ADR | | | | | Buy | 4/03 | J | | |
| 330.  -- Huaneng Pwr Intl Inc ADR | | | | | Sold | 5/02 | J | A | |
| 331.  -- Huaneng Pwr Intl Inc ADR | | | | | Buy | 4/03 | J | | |
| 332.  -- Huaneng Pwr Intl Inc ADR | | | | | Sold | 5/02 | J | A | |
| 333.  -- Huaneng Pwr Intl Inc ADR | | | | | Buy | 4/03 | J | | |
| 334.  -- Huaneng Pwr Intl Inc ADR | | | | | Sold | 5/02 | J | A | |
| 335.  -- Huaneng Pwr Intl Inc ADR | | | | | Buy | 4/03 | J | | |
| 336.  -- Huaneng Pwr Intl Inc ADR | | | | | Sold | 5/02 | J | A | |
| 337.  -- Huaneng Pwr Intl Inc ADR | | | | | Buy | 4/03 | J | | |
| 338.  -- Huaneng Pwr Intl Inc ADR | | | | | Sold | 5/02 | J | A | |
| 339.  -- Huaneng Pwr Intl Inc ADR | | | | | Buy | 4/03 | J | | |
| 340.  -- Huaneng Pwr Intl Inc ADR | | | | | Sold | 5/02 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C. | 05/10/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. -- Ivanhoe Mines Ltd | | | | | Buy | 7/19 | K | | |
| 342. -- Ivanhoe Mines Ltd | | | | | Sold | 10/02 | J | | |
| 343. -- Ivanhoe Mines Ltd | | | | | Buy | 7/19 | J | | |
| 344. -- Ivanhoe Mines Ltd | | | | | Sold | 10/02 | J | | |
| 345. -- Jacobs Engineering Group | | | | | Buy | 11/25 | J | | |
| 346. -- Jacobs Engineering Group | | | | | Sold | 11/26 | J | A | |
| 347. -- Jacobs Engineering Group | | | | | Buy | 11/25 | J | | |
| 348. -- Jacobs Engineering Group | | | | | Sold | 11/26 | J | A | |
| 349. -- Jacobs Engineering Group | | | | | Buy | 11/25 | J | | |
| 350. -- Jacobs Engineering Group | | | | | Sold | 11/26 | J | A | |
| 351. -- Jacobs Engineering Group | | | | | Buy | 11/25 | J | | |
| 352. -- Jacobs Engineering Group | | | | | Sold | 11/26 | J | A | |
| 353. -- Koppers Holding Inc | | | | | Buy | 2/29 | K | | |
| 354. -- Koppers Holding Inc | | | | | Sold | 3/03 | K | A | |
| 355. -- Koppers Holding Inc | | | | | Buy | 2/29 | J | | |
| 356. -- Koppers Holding Inc | | | | | Sold | 3/03 | J | A | |
| 357. -- Koppers Holding Inc | | | | | Buy | 2/29 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C. | 05/10/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. -- Koppers Holding Inc | | | | | Sold | 3/03 | J | A | |
| 359. -- Koppers Holding Inc | | | | | Buy | 2/29 | J | | |
| 360. -- Koppers Holding Inc | | | | | Sold | 3/03 | J | A | |
| 361. -- Koppers Holding Inc | | | | | Buy | 2/29 | J | | |
| 362. -- Koppers Holding Inc | | | | | Sold | 3/03 | J | A | |
| 363. -- Las Vegas Sands Corp | | | | | Buy | 11/13 | J | | |
| 364. -- Las Vegas Sands Corp | | | | | Sold | 12/15 | K | C | |
| 365. -- Mariner Energy Inc | | | | | Buy | 5/07 | K | | |
| 366. -- Mariner Energy Inc | | | | | Sold | 5/13 | K | A | |
| 367. -- Mariner Energy Inc | | | | | Buy | 5/07 | J | | |
| 368. -- Mariner Energy Inc | | | | | Sold | 5/13 | J | A | |
| 369. -- Mariner Energy Inc | | | | | Buy | 5/07 | K | | |
| 370. -- Mariner Energy Inc | | | | | Sold | 5/13 | K | A | |
| 371. -- National Oilwell Varco | | | | | Buy | 5/16 | K | | |
| 372. -- National Oilwell Varco | | | | | Sold | 5/20 | K | A | |
| 373. -- National Oilwell Varco | | | | | Buy | 5/16 | K | | |
| 374. -- National Oilwell Varco | | | | | Sold | 5/20 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C. | 05/10/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. -- National Oilwell Varco | | | | | Buy | 5/16 | J | | |
| 376. -- National Oilwell Varco | | | | | Sold | 5/20 | J | A | |
| 377. -- Perini Corp | | | | | Buy | 2/14 | J | | |
| 378. -- Perini Corp | | | | | Sold | 2/21 | J | A | |
| 379. -- Perini Corp | | | | | Buy | 2/14 | J | | |
| 380. -- Perini Corp | | | | | Sold | 2/21 | J | A | |
| 381. -- Perini Corp | | | | | Buy | 2/14 | J | | |
| 382. -- Perini Corp | | | | | Sold | 2/21 | J | A | |
| 383. -- Perini Corp | | | | | Buy | 2/14 | J | | |
| 384. -- Perini Corp | | | | | Sold | 2/21 | J | A | |
| 385. -- Perini Corp | | | | | Buy | 2/14 | J | | |
| 386. -- Perini Corp | | | | | Sold | 2/21 | J | A | |
| 387. -- Perini Corp | | | | | Buy | 2/14 | J | | |
| 388. -- Perini Corp | | | | | Sold | 2/21 | J | A | |
| 389. -- Petroquest Energy Inc | | | | | Buy | 6/19 | J | | |
| 390. -- Petroquest Energy Inc | | | | | Sold | 6/23 | J | A | |
| 391. -- Petroquest Energy Inc | | | | | Buy | 6/19 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C. | 05/10/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. -- Petroquest Energy Inc | | | | | Sold | 6/23 - | K | A | |
| 393. -- Quintana Maritime Ltd | | | | | Buy | 3/18 | K | | |
| 394. -- Quintana Maritime Ltd | | | | | Sold | 3/27 | K | A | |
| 395. -- Quintana Maritime Ltd | | | | | Buy | 3/18 | J | | |
| 396. -- Quintana Maritime Ltd | | | | | Sold | 3/27 | J | A | |
| 397. -- Quintana Maritime Ltd | | | | | Buy | 3/18 | J | | |
| 398. -- Quintana Maritime Ltd | | | | | Sold | 3/27 | J | A | |
| 399. -- Regions Financial Corp | | | | | Buy | 10/03 | K | | |
| 400. -- Regions Financial Corp | | | | | Sold | 11/25 | J | | |
| 401. -- Regions Financial Corp | | | | | Buy | 10/03 | J | | |
| 402. -- Regions Financial Corp | | | | | Sold | 11/25 | J | | |
| 403. -- Sociedad Quimica ADR | | | | | Buy | 4/08 | J | | |
| 404. -- Sociedad Quimica ADR | | | | | Sold | 4/16 | J | A | |
| 405. -- Sociedad Quimica ADR | | | | | Buy | 4/08 | K | | |
| 406. -- Sociedad Quimica ADR | | | | | Sold | 4/16 | K | B | |
| 407. -- Sociedad Quimica ADR | | | | | Buy | 4/08 | J | | |
| 408. -- Sociedad Quimica ADR | | | | | Sold | 4/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C. | 05/10/2009 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. -- Sociedad Quimica ADR | | | | | Buy | 4/08 | J | | |
| 410. -- Sociedad Quimica ADR | | | | | Sold | 4/16 | J | A | |
| 411. -- Sowstn Energy Co | | | | | Buy | 5/02 | J | | |
| 412. -- Sowstn Energy Co | | | | | Sold | 5/07 | J | A | |
| 413. -- Sowstn Energy Co | | | | | Buy | 5/02 | J | | |
| 414. -- Sowstn Energy Co | | | | | Sold | 5/07 | J | A | |
| 415. -- Sowstn Energy Co | | | | | Buy | 5/02 | J | | |
| 416. -- Sowstn Energy Co | | | | | Sold | 5/07 | J | A | |
| 417. -- Sowstn Energy Co | | | | | Buy | 5/02 | J | | |
| 418. -- Sowstn Energy Co | | | | | Sold | 5/07 | J | A | |
| 419. -- Steel Dynamics Inc | | | | | Buy | 10/08 | J | | |
| 420. -- Steel Dynamics Inc | | | | | Sold | 10/20 | J | A | |
| 421. -- Steel Dynamics Inc | | | | | Buy | 10/08 | J | | |
| 422. -- Steel Dynamics Inc | | | | | Sold | 10/20 | J | A | |
| 423. -- Steel Dynamics Inc | | | | | Buy | 10/08 | J | | |
| 424. -- Steel Dynamics Inc | | | | | Sold | 10/20 | J | A | |
| 425. -- Stillwater Mining Co | | | | | Buy | 2/22 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C. | 05/10/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. -- Stillwater Mining Co | | | | | Sold | 2/28 | J | A | |
| 427. -- Stillwater Mining Co | | | | | Buy | 2/22 | J | | |
| 428. -- Stillwater Mining Co | | | | | Sold | 2/28 | J | A | |
| 429. -- Stillwater Mining Co | | | | | Buy | 2/22 | J | | |
| 430. -- Stillwater Mining Co | | | | | Sold | 2/28 | J | A | |
| 431. -- Stillwater Mining Co | | | | | Buy | 3/18 | J | | |
| 432. -- Stillwater Mining Co | | | | | Sold | 10/02 | J | | |
| 433. -- Stillwater Mining Co | | | | | Buy | 3/18 | J | | |
| 434. -- Stillwater Mining Co | | | | | Sold | 10/02 | J | | |
| 435. -- Stillwater Mining Co | | | | | Buy | 3/18 | J | | |
| 436. -- Stillwater Mining Co | | | | | Sold | 10/02 | J | | |
| 437. -- Stillwater Mining Co | | | | | Buy | 3/18 | J | | |
| 438. -- Stillwater Mining Co | | | | | Sold | 10/02 | J | | |
| 439. -- Stillwater Mining Co | | | | | Buy | 3/18 | J | | |
| 440. -- Stillwater Mining Co | | | | | Sold | 10/02 | J | | |
| 441. -- Stillwater Mining Co | | | | | Buy | 3/18 | J | | |
| 442. -- Stillwater Mining Co | | | | | Sold | 10/02 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,000 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C. | 05/10/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. -- Stillwater Mining Co | | | | | Buy | 3/18 | J | | |
| 444. -- Stillwater Mining Co | | | | | Sold | 10/02 | J | | |
| 445. -- Suncor Energy Inc | | | | | Buy | 11/26 | K | | |
| 446. -- Suncor Energy Inc | | | | | Sold | 12/12 | K | | |
| 447. -- Suncor Energy Inc | | | | | Buy | 11/26 | J | | |
| 448. -- Suncor Energy Inc | | | | | Sold | 12/12 | J | | |
| 449. -- Sunpower Corp CL B | | | | | Buy | 8/22 | J | | |
| 450. -- Sunpower Corp CL B | | | | | Sold | 9/30 | J | | |
| 451. -- Sunpower Corp CL B | | | | | Buy | 8/22 | K | | |
| 452. -- Sunpower Corp CL B | | | | | Sold | 9/30 | K | | |
| 453. -- Sunpower Corp CL B | | | | | Buy | 8/22 | J | | |
| 454. -- Sunpower Corp CL B | | | | | Sold | 9/30 | J | | |
| 455. -- Suntech Power Holdings | | | | | Buy | 3/27 | K | | |
| 456. -- Suntech Power Holdings | | | | | Sold | 3/28 | K | A | |
| 457. -- Suntech Power Holdings | | | | | Buy | 3/27 | J | | |
| 458. -- Suntech Power Holdings | | | | | Sold | 3/28 | J | A | |
| 459. -- Suntech Power Holdings | | | | | Buy | 5/30 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C. | 05/10/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. -- Suntech Power Holdings | | | | | Sold | 8/22 | K | B | |
| 461. -- Suntech Power Holdings | | | | | Buy | 5/30 | J | | |
| 462. -- Suntech Power Holdings | | | | | Sold | 8/22 | J | A | |
| 463. -- Suntech Power Holdings | | | | | Buy | 5/30 | J | | |
| 464. -- Suntech Power Holdings | | | | | Sold | 8/22 | J | A | |
| 465. -- Suntech Power Holdings | | | | | Buy | 5/30 | J | | |
| 466. -- Suntech Power Holdings | | | | | Sold | 8/22 | J | A | |
| 467. -- Superior Energy Svcs Inc | | | | | Buy | 1/07 | K | | |
| 468. -- Superior Energy Svcs Inc | | | | | Sold | 5/02 | K | A | |
| 469. -- Superior Energy Svcs Inc | | | | | Buy | 1/07 | K | | |
| 470. -- Superior Energy Svcs Inc | | | | | Sold | 5/02 | K | A | |
| 471. -- TBS International Ltd | | | | | Buy | 05/09 | L | | |
| 472. -- TBS International Ltd | | | | | Sold | 05/12 | L | C | |
| 473. -- Terra Inds | | | | | Buy | 2/14 | J | | |
| 474. -- Terra Inds | | | | | Sold | 2/19 | J | A | |
| 475. -- Terra Inds | | | | | Buy | 2/14 | J | | |
| 476. -- Terra Inds | | | | | Sold | 2/19 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C. | 05/10/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. -- Terra Inds | | | | | Buy | 2/14 | J | | |
| 478. -- Terra Inds | | | | | Sold | 2/19 | J | A | |
| 479. -- Terra Inds | | | | | Buy | 2/14 | J | | |
| 480. -- Terra Inds | | | | | Sold | 2/19 | J | A | |
| 481. -- Terra Inds | | | | | Buy | 2/29 | K | | |
| 482. -- Terra Inds | | | | | Sold | 4/18 | K | A | |
| 483. -- Terra Inds | | | | | Buy | 2/29 | K | | |
| 484. -- Terra Inds | | | | | Sold | 4/18 | K | A | |
| 485. -- Terra Inds | | | | | Buy | 2/29 | J | | |
| 486. -- Terra Inds | | | | | Sold | 4/18 | J | A | |
| 487. -- Terra Inds | | | | | Buy | 2/29 | K | | |
| 488. -- Terra Inds | | | | | Sold | 4/18 | K | A | |
| 489. -- URS Corp | | | | | Buy | 5/16 | K | | |
| 490. -- URS Corp | | | | | Sold | 5/30 | K | A | |
| 491. -- URS Corp | | | | | Buy | 5/16 | J | | |
| 492. -- URS Corp | | | | | Sold | 5/30 | J | A | |
| 493. -- URS Corp | | | | | Buy | 5/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C. | 05/10/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. -- URS Corp | | | | | Sold | 5/30 | J | A | |
| 495. -- URS Corp | | | | | Buy | 5/16 | J | | |
| 496. -- URS Corp | | | | | Sold | 5/30 | J | A | |
| 497. -- W&T Offshore Inc | | | | | Buy | 12/31 | J | | |
| 498. -- W&T Offshore Inc | | | | | Sold | 1/07 | J | A | |
| 499. -- W&T Offshore Inc | | | | | Buy | 12/31 | J | | |
| 500. -- W&T Offshore Inc | | | | | Sold | 1/07 | J | A | |
| 501. -- W&T Offshore Inc | | | | | Buy | 12/31 | J | | |
| 502. -- W&T Offshore Inc | | | | | Sold | 1/07 | J | A | |
| 503. -- W&T Offshore Inc | | | | | Buy | 12/31 | K | | |
| 504. -- W&T Offshore Inc | | | | | Sold | 1/07 | K | A | |
| 505. -- W&T Offshore Inc | | | | | Buy | 12/31 | J | | |
| 506. -- W&T Offshore Inc | | | | | Sold | 1/07 | J | A | |
| 507. -- W&T Offshore Inc | | | | | Buy | 2/20 | K | | |
| 508. -- W&T Offshore Inc | | | | | Sold | 4/16 | K | B | |
| 509. -- W&T Offshore Inc | | | | | Buy | 2/20 | J | | |
| 510. -- W&T Offshore Inc | | | | | Sold | 4/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C. | 05/10/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. -- W&T Offshore Inc | | | | | Buy | 2/20 | J | | |
| 512. -- W&T Offshore Inc | | | | | Sold | 4/16 | J | A | |
| 513. -- W&T Offshore Inc | | | | | Buy | 2/20 | J | | |
| 514. -- W&T Offshore Inc | | | | | Sold | 4/16 | J | A | |
| 515. -- W&T Offshore Inc | | | | | Buy | 2/20 | J | | |
| 516. -- W&T Offshore Inc | | | | | Sold | 4/16 | J | A | |
| 517. -- World Fuel Service Corp | | | | | Buy | 2/29 | K | | |
| 518. -- World Fuel Service Corp | | | | | Sold | 11/13 | K | B | |
| 519. -- World Fuel Service Corp | | | | | Buy | 2/29 | J | | |
| 520. -- World Fuel Service Corp | | | | | Sold | 11/13 | J | A | |
| 521. -- World Fuel Service Corp | | | | | Buy | 2/29 | J | | |
| 522. -- World Fuel Service Corp | | | | | Sold | 11/13 | J | A | |
| 523. J & E Mahan Agency (Alpine) | D | Int./Div. | M | T | | | | | |
| 524. Mahan ⬤ Partnership | D | Int./Div. | L | T | | | | | |
| 525. U.S. Bank | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| MAHAN, James C. | - | 05/10/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Explanation for Part VII -- Investments and Trusts

The following assets were acquired in previous years but were sold in 2008:

Page 4, lines 14 and 16
Page 5, lines 18, 20, 26, and 28
Page 9, lines 96, 98, 100, and 102
Page 11, lines 134 and 136
Page 12, lines 138, 140, and 142
Page 13, lines 160 and 162
Page 14, lines 182, 184, and 186
Page 15, lines 188, 190, 192, 194, and 196
Page 18, line 239
Page 21, lines 291, 293, 295, 297, 299, 301, 303, and 305
Page 24, lines 341 and 343
Page 33, lines 497, 499, 501, 503, and 505

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C. | 05/10/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544